**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **CASE NO. 23-40080** |
| | ) | **Chapter 13** |
| | ) | **Motion to Extend Stay** |
| **Candice Mathes** | ) | |
| Debtor | ) | Hearing Date: 02/09/23 |
| | ) | Hearing Time: 11:00 AM |
| **Diana Daugherty** | ) | **Courtroom 7 North** |
| | ) | |
| **Trustee.** | ) | **William H Ridings, Jr.,** |
| | ) | **2510 S. Brentwood Blvd., Ste. 205** |
| | ) | **Brentwood, MO 63144** |

**Motion to Extend the Automatic Stay**

Comes now, the above Debtor through her attorney has requested that she file a Motion to Extend the Automatic Stay states as follows:

1. Debtor filed the above captioned case in good faith on January 10, 2023.

2. Debtor filed previous case on June 23, 2022 being case #22-30358 that was dismissed on December 15, 2022 for failure to provide bank statements.

3. Pursuant to 11 USC Section 362(c )(3)(A) the automatic stay will expire on the 30th day after filing the above captioned case.

4. The court may extend the automatic stay for the life of the case pursuant to 11 USC Section 362 (c) (3)(B).

5. Debtor's current case is filed in good faith. Debtor has filed all necessary schedules and paid all filing fees.

6. Debtors change in circumstances is that she lived in Illinois and has moved back to Missouri due to abusive circumstances. These were costing her money and time that will be mitigated by moving to Missouri.

**Wherefore**, Debtors respectfully requests that this court continue the automatic stay in this case to the conclusion of the case, and for any and all further relief which this Court deems just and proper in the premises.

Respectfully submitted,

Date: January 18, 2023

/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672,

2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **January 18, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **January 18, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **January 18, 2023.**

: /s/ William Ridings, Jr.,

See attached Matrix