```
Label Matrix for local noticing       PRA Receivables Management, LLC    915 South Tenth Street
0865-4                                 PO Box 41021                       Fourth Floor
Case 23-40080                          Norfolk, VA 23541-1021             St. Louis, MO 63102-1125
Eastern District of Missouri
St. Louis
Wed Jan 18 14:46:03 CST 2023

Comenity Bk/Ulta                       (p)ELECTRO SAVINGS CREDIT UNION    First Premier Bank
Attn: Bankruptcy Dept                  1805 CRAIGSHIRE DRIVE              Attn: Bankruptcy
Po Box 182125                          ST LOUIS MO 63146-4019             Po Box 5524
Columbus, OH 43218-2125                                                   Sioux Falls, SD 57117-5524

IRS                                    Kohls/Capital One                  Missouri Dept of Revenue
PO Box 7346                            Attn: Credit Administrator         301 W High St
Insolvency Unit                        Po Box 3043                        Jefferson City, MO 65101-1517
Philadelphia, PA 19101-7346            Milwaukee, WI 53201-3043

Office of US Trustee                   OneMain Financial                  Scott Credit Union
111 S Tenth St, Ste 6.353              Attn: Bankruptcy                   Attn: Bankruptcy
St. Louis, MO 63102-1127               Po Box 3251                        101 Credit Union Way
                                       Evansville, IN 47731-3251          Edwardsville, IL 62025-3504

(p)ST  LOUIS COUNTY COLLECTOR OF REVENUE  Telecom Self-reported           (p)U  S  ATTORNEY'S OFFICE
41 S CENTRAL AVE                       Po Box 4500                        111 SOUTH TENTH STREET ROOM 20 333
SAINT LOUIS MO 63105-1721              Allen, TX 75013-1311               ST LOUIS MO 63102-1128

Candice P Mathes                       Diana S. Daugherty                 William H. Ridings Jr.
2457 Mary Ave                          Chapter 13 Trustee                 Ridings Law Firm
Saint Louis, MO 63144-2031             P. O. Box 430908                   2510 S. Brentwood Blvd, Ste. 205
                                       St. Louis, MO 63143-0908           St. Louis, MO 63144-2326
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Electro Savings Credit Union           St Louis County Collector of Revenue   United States Attorney
PO Box 28505                           41 South Central Ave                   111 South 10th St
Saint Louis, MO 63146                  Saint Louis, MO 63105                  20th Floor
                                                                              Saint Louis, MO 63102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Cindy Branhan                       (d)PRA Receivables Management, LLC     End of Label Matrix
Venmo                                  PO Box 41021                           Mailable recipients    17
                                       Norfolk, VA 23541-1021                 Bypassed recipients     2
                                                                              Total                  19
```