UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 13 |
| | ) Honorable Judge Kathy A. Surratt-States |
| Candice P. Mathes, | ) |
| | ) Case No. 23-40080-659 |
| | ) |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES
OF ALL NOTICES, PLEADINGS AND ORDERS**

The law firm of Riezman Berger, P.C. enters its appearance in this case for Electro Savings Credit Union, a creditor.   The following information is provided pursuant to Rule 9010(b), Fed.R.Bankr.P.:

> RIEZMAN BERGER, P.C.
> 7700 Bonhomme, 7th Floor
> St. Louis, Missouri 63105
> (314) 727-0101

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtors be mailed to counsel at the above address.

> RIEZMAN BERGER, P.C.
>
> By: **/s/ Kathryn A. Klein**
> Kathryn A. Klein, #35874
> 7700 Bonhomme, 7th Floor
> St. Louis, Missouri 63105
> 314-727-0101 Telephone
> 314-727-1086 Facsimile
> klein@riezmanberger.com
> Attorneys for Electro Savings

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on January 24, 2023:

| | |
|---|---|
| William H. Ridings Jr.<br>2510 S. Brentwood Blvd, Ste 205<br>St. Louis MO 63144 | Attorney for Debtor |
| Diana S. Daugherty<br>P.O. Box 430908<br>St. Louis MO 63143 | Chapter 13 Trustee |
| Office of the United States Trustee<br>111 S. Tenth St., Ste. 6.353<br>St. Louis, MO 63102 | |

    I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on January 24, 2023:

| | |
|---|---|
| Candice P. Mathes<br>2457 Mary Ave.<br>Saint Louis MO 63144 | Debtor |

**/s/ Kathryn A. Klein**