**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  
Candice P Mathes

**Debtor(s)**

Case No.: 23–40080 – A659  
Chapter: 13

## ORDER

   The Debtor's Motion to Extend the Automatic Stay Provision of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) was filed and after notice and hearing and no party in interest, creditor or the Chapter 13 Trustee filed a response to the Debtor's Motion or any response was considered at the hearing and the Debtor demonstrated a substantial change in financial or personal affairs since dismissal of the previous bankruptcy case; therefore,

   IT IS HEREBY ORDERED that the Debtor's Motion to Extend the Automatic Stay is GRANTED in that the provisions of 11 U.S.C. § 362(a) are hereby extended and shall remain in effect as to all creditors until further order of this Court.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 2/9/23  
**St. Louis, Missouri**  
**Rev. 10/19 oextsygr**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-40080-kss
Candice P Mathes  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4        User: admin        Page 1 of 2
Date Rcvd: Feb 09, 2023        Form ID: oextsygr        Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candice P Mathes, 2457 Mary Ave, Saint Louis, MO 63144-2031 |
| cr | + | Electro Savings Credit Union, c/o Riezman Berger, P.C., 7700 Bonhomme Avenue, 7th Floor, St. Louis, MO 63105-1960 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25311993 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 22:54:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 25311994 | | Email/Text: bankruptcy@escu.org | Feb 09 2023 22:54:00 | Electro Savings Credit Union, PO Box 28505, Saint Louis, MO 63146 |
| 25317828 | + | Email/Text: bankruptcy@escu.org | Feb 09 2023 22:54:00 | Electro Savings Credit Union, 1805 Craigshire Drive, St.Louis MO 63146-4019 |
| 25311995 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 09 2023 23:07:43 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25311996 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2023 22:54:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25311997 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2023 22:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 25320078 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 23:07:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25316087 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2023 23:07:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25324130 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2023 22:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25311998 | + | Email/Text: ecfnotices@dor.mo.gov | Feb 09 2023 22:54:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25311999 | + | Email/PDF: cbp@onemainfinancial.com | Feb 09 2023 23:07:46 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25312334 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2023 23:07:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25322148 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2023 22:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25312001 | | Email/Text: BankruptcyFiling@stlouisco.com | Feb 09 2023 22:54:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25312000 | + | Email/Text: BankruptcyTeam@scu.org | Feb 09 2023 22:54:00 | Scott Credit Union, Attn: Bankruptcy, 101 Credit Union Way, Edwardsville, IL 62025-3504 |
| 25312002 | + | Email/Text: documentfiling@lciinc.com | Feb 09 2023 22:54:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

Case 23-40080   Doc 13   Filed 02/11/23   Entered 02/11/23 23:22:06   Imaged
Certificate of Notice   Pg 3 of 3

| District/off: 0865-4 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 09, 2023 | Form ID: oextsygr | Total Noticed: 19 |

| 25312005 | + Email/Text: usamoe.bankruptcy.filings@usdoj.gov | | |
| --- | --- | --- | --- |
| | | Feb 09 2023 22:54:00 | United States Attorney, 111 South 10th St, 20th Floor, Saint Louis, MO 63102 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 25311992 | | Cindy Branhan, venmo |
| cr | *+ | PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25312003 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 25312004 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Kathryn Allene Klein | on behalf of Creditor Electro Savings Credit Union rb_bank@riezmanberger.com rbadmin@ecf.courtdrive.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Candice P Mathes ridingslaw2003@yahoo.com |

TOTAL: 4