IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re:  Candice P Mathes ) | Case No. 23-40080 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Debtor's Memorandum |
| ) | Confirmation Hearing:   03/30/23 |
| ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Plan, Amended Schedule I**

   **COMES NOW Candice P Mathes Debtor** in Chapter 13, by and through her Attorney William Ridings, and for her Memorandum states as follows:

   Debtor filed an Amended Schedule I to include that she is a Real Estate Agent with Keller Williams for 1 year, but has had no income.

   Wherefore, Debtor prays this court to allow the amendments, and to confirm the Plan.

Dated:  February 22, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
 Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was filed electronically on February 23, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 23, 2023.

Candice P Mathes
2457 Mary Ave
St. Louis, MO  63144

/s/ Will Ridings
William Ridings MO38672