IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Candice P Mathes | ) | Case No. 23-40080 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing:   04/20/23 |
| | ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Amended SOFA**

**COMES NOW Candice P Mathes Debtor** in Chapter 13, by and through her Attorney William Ridings, and for her Memorandum states as follows:

Debtor filed an Amended SOFA question #16 to clarify the conflict with the Rule 2016(b) statement.

Wherefore, Debtor prays this court to allow the amendments, and to confirm the Plan.

Dated:  March 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Will Ridings
　　　　　　　　　　　　　　　　　　　　　　　　William Ridings, 38672MO
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　2510 S Brentwood Blvd, Ste 205
　　　　　　　　　　　　　　　　　　　　　　　　Brentwood, MO  63144
　　　　　　　　　　　　　　　　　　　　　　　　(314)968-1313, fax (314)968-1302
　　　　　　　　　　　　　　　　　　　　　　　　Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on March 30, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on March 30, 2023.

Candice P Mathes
2457 Mary Ave
St Louis, MO  63144

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Will Ridings
　　　　　　　　　　　　　　　　　　　　　　　　William Ridings MO38672