**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: | ) Case No. 23-40080-659-13 |
| | ) Ch. 13 |
| CANDICE MATHES, | ) |
|       Debtor | ) **WITHDRAWAL OF** |
| | ) **MOTION TO DISMISS** |
| | ) |

**WITHDRAWAL OF MOTION TO DISMISS**

      The Missouri Department of Revenue hereby withdraws, without prejudice, its Motion to Dismiss in this case filed on or about March 15, 2023.

      Andrew Bailey, Attorney General
      State of Missouri

      By:  /s/ Susan L Lissant
      Susan L Lissant, MO Bar #: 56970
      Federal District Bar #: Exempt
      Special Assistant Attorney General
      Missouri Department of Revenue
      General Counsel's Office
      301 W. High Street, Room 670
      P.O Box 475
      Jefferson City, MO 65105-0475
      (573) 751-5531 FAX (573) 751-7232
      E-mail: edmoecf@dor.mo.gov
      Attorney for Department of Revenue.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on April 3, 2023:

Candice Mathes
2457 Mary Ave.
St. Louis, MO 63144


/s/ Susan L Lissant