2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Missouri
Case No. 23-40080
Chapter 13

In re: Debtor(s) (including Name and Address)

Candice P Mathes
2457 Mary Ave
Saint Louis MO 63144

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, a Transfer of Claim Other than for Security was filed in the clerk's office of this court on 04/04/2023.

**Name and Address of Alleged Transferor(s):**

Claim No. 1: OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731

**Name and Address of Transferee:**

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/07/23

Dana C. McWay
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-40080-kss
Candice P Mathes  Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Apr 05, 2023　　　　　　　　　　　Form ID: trc　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25311999 | + Email/PDF: cbp@onemainfinancial.com | Apr 05 2023 23:03:30 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Kathryn Allene Klein | on behalf of Creditor Electro Savings Credit Union rb_bank@riezmanberger.com  rbadmin@ecf.courtdrive.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Susan L. Lissant | on behalf of Creditor Missouri Department of Revenue edmoecf@dor.mo.gov |
| William H. Ridings, Jr. | on behalf of Debtor Candice P Mathes ridingslaw2003@yahoo.com |

District/off: 0865-4 User: admin Page 2 of 2
Date Rcvd: Apr 05, 2023 Form ID: trc Total Noticed: 1
TOTAL: 5