```
Cindy Branhan
venmo

Comenity Bk/Ulta
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Electro Savings Credit Union
PO Box 28505
Saint Louis, MO 63146

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Scott Credit Union
Attn: Bankruptcy
101 Credit Union Way
Edwardsville, IL 62025

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Telecom Self-reported
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Po Box 4500
Allen, TX 75013
```

```
Telecom Self-reported
Po Box 4500
Allen, TX 75013

United States Attorney
111 South 10th St
20th Floor
Saint Louis, MO 63102
```