# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-40080  Chapter 13 |
| CANDICE P MATHES ) | Plan Pmt:    $730X12;$897X48 |
| ) | Term: |
| ) | |
| Debtor ) | 1ST AMENDED |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

#### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled. The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

| | |
|---|---|
| Dated: May 11, 2023<br>CNFORD--SC | /s/ Diana S. Daugherty, Chapter 13 Trustee<br>Diana S. Daugherty, Chapter 13 Trustee |
| Original Confirmation hearing set for:<br>February 23, 2023 | P.O. Box 430908<br>St. Louis, MO  63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

#### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.** Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: May 12, 2023**
St. Louis, Missouri

*Kathy A. Surratt-States*
**KATHY A. SURRATT-STATES**
U.S. Bankruptcy Judge

| 23-40080 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |

Copy mailed to:

CANDICE P MATHES  
2457 MARY AVE  
SAINT LOUIS, MO  63144

Diana S. Daugherty, Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO  63143

All Creditors and Parties in Interest

WILLIAM H RIDINGS JR  
2510 S BRENTWOOD BLVD STE 205  
C/O RIDINGS LAW FIRM  
ST LOUIS, MO  63144

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-40080-kss
Candice P Mathes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 3
Date Rcvd: May 12, 2023     Form ID: pdfo3     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candice P Mathes, 2457 Mary Ave, Saint Louis, MO 63144-2031 |
| cr | + | Electro Savings Credit Union, c/o Riezman Berger, P.C., 7700 Bonhomme Avenue, 7th Floor, St. Louis, MO 63105-1960 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfnotices@dor.mo.gov | May 12 2023 22:36:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W High St, Jefferson City, MO 65101-1517 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 23:00:32 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 25311993 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2023 22:36:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 25368859 | + | Email/Text: ecfnotices@dor.mo.gov | May 12 2023 22:36:00 | DEPARTMENT OF REVENUE, PO BOX 475, JEFFERSON CITY MO 65105-0475 |
| 25311994 | | Email/Text: bankruptcy@escu.org | May 12 2023 22:36:00 | Electro Savings Credit Union, PO Box 28505, Saint Louis, MO 63146 |
| 25317828 | + | Email/Text: bankruptcy@escu.org | May 12 2023 22:36:00 | Electro Savings Credit Union, 1805 Craigshire Drive, St.Louis MO 63146-4019 |
| 25311995 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 12 2023 23:11:25 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25311996 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2023 22:36:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25330623 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2023 22:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 25311997 | + | Email/Text: PBNCNotifications@peritusservices.com | May 12 2023 22:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 25320078 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2023 22:49:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25316087 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2023 22:50:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25324130 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2023 22:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25311998 | + | Email/Text: ecfnotices@dor.mo.gov | May 12 2023 22:36:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25311999 | + | Email/PDF: cbp@onemainfinancial.com | May 12 2023 23:00:40 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25349821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 22:49:29 | Portfolio Recovery Associates, LLC, PO Box |

Case 23-40080   Doc 29   Filed 05/14/23   Entered 05/14/23 23:20:21   Imaged
Certificate of Notice   Pg 4 of 5

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdfo3 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 25312334 | + | Email/PDF: rmscedi@recoverycorp.com | May 12 2023 22:49:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25322148 | | Email/Text: bnc-quantum@quantum3group.com | May 12 2023 22:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25312001 | | Email/Text: BankruptcyFiling@stlouisco.com | May 12 2023 22:36:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25312000 | + | Email/Text: BankruptcyTeam@scu.org | May 12 2023 22:36:00 | Scott Credit Union, Attn: Bankruptcy, 101 Credit Union Way, Edwardsville, IL 62025-3504 |
| 25312002 | + | Email/Text: documentfiling@lciinc.com | May 12 2023 22:36:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 25312005 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | May 12 2023 22:36:00 | United States Attorney, 111 South 10th St, 20th Floor, Saint Louis, MO 63102 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25311992 | | Cindy Branhan, venmo |
| cr | *+ | PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25312003 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 25312004 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Kathryn Allene Klein | on behalf of Creditor Electro Savings Credit Union rb_bank@riezmanberger.com  rbadmin@ecf.courtdrive.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Susan L. Lissant | on behalf of Creditor Missouri Department of Revenue edmoecf@dor.mo.gov |
| William H. Ridings, Jr. | on behalf of Debtor Candice P Mathes ridingslaw2003@yahoo.com |

District/off: 0865-4 User: admin Page 3 of 3
Date Rcvd: May 12, 2023 Form ID: pdfo3 Total Noticed: 24
TOTAL: 5