**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** ) | **CASE NO: 23-40080** |
| **CANDICE P MATHES** ) | |
| ) | **Chapter 13** |
| ) | |
| ) | |
| **Debtor** ) | |

**NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN**

PLEASE TAKE NOTICE that as a result of the post-confirmation disbursement audit on this case the Trustee has determined the following: with claims as filed, the total of regular monthly payments on those claims which are to receive equal or regular monthly payments exceeds the monthly plan payment because some claims have been filed for higher amounts than the scheduled amounts. Therefore, the confirmed plan in this case is not feasible.

Dated: 5/17/2023

FEASPERMO--JR

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on May 17, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 17, 2023.

CANDICE P MATHES
2457 MARY AVE
SAINT LOUIS, MO  63144

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee